# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

WISCONSIN PIPE TRADES HEALTH FUND,
KEVIN LAMERE,
KENOSHA PLUMBERS LOCAL 118 PENSION FUND
and LARRY VANCE,

        Plaintiffs,

v.                                          Case No. 09-CV-641

SOLOFRA PLUMBING & HEATING, INC.,

        Defendant.

## ORDER FOR JUDGMENT AGAINST
## DEFENDANT SOLOFRA PLUMBING & HEATING, INC.

A request and application for default judgment against defendant Solofra Plumbing & Heating, Inc., brought by the plaintiffs in the above-captioned action were submitted to the Court and filed with the clerk.

The Court, having duly heard all issues and a decision having been duly rendered, finds as follows:

    1.    Defendant Solofra Plumbing & Heating, Inc., has failed to plead or otherwise defend as provided by Rule 55(a) of the Fed. R. Civ. P.

    2.    Solofra Plumbing & Heating, Inc., violated the Labor-Management Relations Act of 1947, as amended, as well as the Employee Retirement Income Security Act of 1974, as amended, and the effective collective bargaining agreements by failing to pay fringe benefit contributions on behalf of its employees to the Plaintiff Funds.

3. The court assesses the total damages in favor of the plaintiffs and against the defendant Solofra Plumbing & Heating, Inc., in the sum of $24,619.03.

**IT IS HEREBY ORDERED** that the Clerk of Court is directed to enter judgment in favor of plaintiffs Wisconsin Pipe Trades Health Fund, Kevin LaMere, Kenosha Plumbers Local 118 Pension Fund, and Larry Vance and against defendant Solofra Plumbing & Heating, Inc., in the amount of $24,619.03 together with interest at the rate allowed by law.

Dated at Milwaukee, Wisconsin, this 4th day of December, 2009.

BY THE COURT:

J.P. Stadtmueller
U.S. District Judge